JACQUELINE M. JAMES, ESQ.

The James Law Firm
445 Hamilton Avenue
Suite 1102
White Plains, NY 10601

T: (914) 358 6423
F: (914) 358 6424
jameslaw@optonline.net
jacquelinejameslaw.com

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-13-15

The Honorable Judge P. Kevin Castel
United States District Court
500 Pearl Street
New York, NY 10007-1312

Malibu v. John Doe

**MEMO ENDORSED**

Re: *1:14-cv-08915-PKC Deadline to submit a Joint Proposed Case Management Report prior to the Pretrial Conference Scheduled for April 14, 2015 at 10:30 am.*

Dear Judge P. Kevin Castel:

The James Law Firm, PLLC represents Plaintiff in the above captioned matter. This matter has been filed as a John Doe against the internet subscriber assigned the referenced IP address. The Defendant's name and address is not presently known to Plaintiff.

On December 9, 2014, Plaintiff filed Motion to Serve a Third Party Subpoena on the Defendant's Internet Service Provider, Time Warner Cable. The Court granted Plaintiff's Motion, and the Order was entered on February 18, 2015. Plaintiff sent out the Subpoena and required documents to be served upon the ISP on February 19, 2015.

The ISP had until April 7, 2015 to comply with the Court's Order and provide Plaintiff with the Defendant's information. However, the ISP has failed to comply at this point, and Plaintiff is in the process of following up as to the status of the Defendant's information.

Per the Courts Initial Pretrial Conference Order, there is currently a deadline set for today, April 9, 2015 for the parties to confer and submit to the Court a proposed Joint Case Management Report. Being that the ISP has failed to comply to the Court's Order, Plaintiff does not have the Defendant's information.

For the foregoing reasons, Plaintiff cannot provide a Joint Proposed Case Management Report prior to the currently scheduled conference. Plaintiff respectfully request for adjournment of the initial pretrial conference for after the Defendant has been identified and served with the amended complaint.

Respectfully Submitted,

Conference Adjourned
From: April 14, 2015
To: May 12, 2015, at 10:30 a.m.
SO ORDERED
P. KEVIN CASTEL, U.S.D.J.
Date: 4-13-15

By: *Jacqueline M. James*
Jacqueline M. James, Esq. (1845)
The James Law Firm, PLLC
445 Hamilton Avenue, Suite 1102
White Plains, New York 10601
T: 914-358-6423
F: 914-358-6424
E-mail: jjameslaw@optonline.net